Causes #
41,248-C
30,312-C

33,972 24,25

EX PARTE                          IN THE 27TH AND
HERMAN LEE KINDRED               264TH District Court

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 10 2015

Abel Acosta, Clerk

BELL COUNTY, TEXAS

RE: EX PARTE
    HERMAN LEE KINDRED   Causes # 41,248-C and
# 30,312-C

                                    11/5/15
                                    mailed: 11/6/15

Dear Clerk of court, / Justices)

I am writing you in regards to the "two"
numbered Styled causes above.

Cause # 41,248-C Pertains to Newly Discovered
Evidence. The attached "Affidavit of NON-
Prosecution" signed and Notarized by Alledged
Victim "Lillian B. Evans ON Jan. 30, 1992. Is
INDEED THE "Newly Discovered" evidence in
this cause # 41,248-C. This Evidence was
not Considered, addressed, heard or
evaluated at the time of TRIAL, guilt
phase or punishment phase of the TRIAL
and it "must" have been. THE STATE
withheld this Favorable Evidence that is
material. I sent "Via" the District
court clerk of Bell county, Tx. a notice to

TO THE Justices OF THE COURT OF CRIMINAL Appeals INForming them OF what THE NEWly Discovered Evidence WAS and To inform the Justices that CAUSE # 41,248-C Contained and Pertained to "Newly Discovered Evidence" THAT WAS NEVEN Evaluated in the Context of the entire record. THAT must have been. The notice to The Justices and Responses of applicant was indeed sent to the District Clerk OF bell County, TX on or about Oct. 12, TH To be transmitted to The Court of Crim. App.

Moreover, Cause # 30,312-C is a "Joint" PROCEEDing OF Cause # 30,311-C. THESE "two" Causes were indeed tried together in a "Joint" Proceeding. I sent "Strong Exhibts" in Cause # 30,312-C to verify these facts. All these Exhibts were indeed sent to the District Clerk OF Bell County, TX. to be transmitted to the Court OF Criminal appeals on or about Oct. 14TH, 2015.

THE NOTICE TO THE Justices, Applicant's RESPONSES TO STATE'S ANSWER IN Cause # 41,248-C were indeed mailed to THE BELL County, District Clerk ON OR about 10/7/15. AND Exhibts A, B+C

THE Applicant's RESPONSE AND Exhibts A+B, C+E, D AND F were sent to Bell County District Clerk ON OR about 10/9/15 In Cause # 30,312-C,

Herman Lee Kindred